UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ROBERT B. SALTZMAN,<br><br>  Plaintiff,<br><br>v.<br><br>WHISPER YACHT, LTD.;<br>WHISPER YACHT (USA), LLC;<br>CHURCHILL YACHT PARTNERS,<br>LLC; and S/Y WHISPER (Official<br>#71042) its engines, sails, spars,<br>rigging, apparel, contents, bunkers,<br>electronics, tenders and<br>appurtenances, *in rem*,<br><br>  Defendants. | C.A. No. 1:19-CV-00285-MSM-PAS |

*Consolidated with*

| | |
|---|---|
| ROBERT B. SALTZMAN,<br><br>  Plaintiff,<br><br>v.<br><br>SIMON DAVISON,<br><br>  Defendant. | C.A. No. 1:19-CV-00463-MSM-PAS |

## ORDER

Mary S. McElroy, United States District Judge.

On December 19, 2019, Magistrate Judge Patricia A. Sullivan issued a Report and Recommendation ("R&R") (ECF No. 41) recommending that the Court deny the Motion to Dismiss of the defendants, Whisper Yacht (USA), LLC, and Churchill Yacht

Partners, LLC (ECF No. 20). After having carefully reviewed the relevant papers, and having heard no objections, the Court ACCEPTS the R&R and adopts the recommendations and reasoning set forth therein.

Accordingly, the Court DENIES the defendants' Motion to Dismiss (ECF No. 20).

IT IS SO ORDERED.

_____
Mary S. McElroy
United States District Judge
February 21, 2020